

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00582-CR

**EX PARTE** Omar Sifuentes **DOMINGUEZ**

From the County Court, Kinney County, Texas
Trial Court No. 12805CR
Honorable Susan D. Reed, Judge Presiding

PER CURIAM

Sitting:    Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice
              H. Todd McCray, Justice

Delivered and Filed: January 15, 2025

DISMISSED

Appellant, Omar Sifuentes Dominguez, filed an amended motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2(a). The amended motion, which is signed by Sifuentes Dominguez and his counsel, complies with Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the amended motion and dismiss this appeal. *See id.* We dismiss any other pending motions as moot.

PER CURIAM

DO NOT PUBLISH